1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENITO JULIAN LUNA,                    Case No.  2:24-cv-01686-JDP (HC)

12                   Petitioner,            **ORDER**

13          v.                              DIRECTING PETITIONER TO FILE EITHER
                                            AN APPLICATION TO PROCEED *IN*
14   B. PHILLIPS,                           *FORMA PAUPERIS* OR PAY THE
                                            REQURIED FILING FEE
15                   Respondent.

16

17
           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18
     corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*
19
     affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner
20
     will be provided the opportunity to either submit the appropriate affidavit in support of a request
21
     to proceed *in forma pauperis* or submit the appropriate filing fee.
22
           In accordance with the above, IT IS HEREBY ORDERED that:
23
           1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in
24
     support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's
25
     failure to comply with this order will result in a recommendation that this action be dismissed;
26
     and
27
           2.  The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form
28

                                            1

used by this district.

IT IS SO ORDERED.

Dated:   July 15, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE