UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JULIAN LUNA,<br><br>    Petitioner,<br><br>  v.<br><br>B. PHILLIPS,<br><br>    Respondent. | Case No.  2:24-cv-1686-DC-JDP (P)<br><br>ORDER |

Petitioner has requested the appointment of counsel and an extension of time to file objections to the findings and recommendations.  ECF No. 17.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel, ECF No. 17, is DENIED without prejudice;
2. Petitioner's request for an extension of time, ECF No. 17, is GRANTED; and
3. Petitioner shall file objections to the findings and recommendations within fourteen

1

1 | days from the date of this order.

2 | IT IS SO ORDERED.

4 | Dated: _November 13, 2025_ 　　　　　　/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2