UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENITO JULIAN LUNA,

        Petitioner,

   v.

B. PHILLIPS,

        Respondent.

Case No.  2:24-cv-1686-DC-JDP (P)

ORDER

Petitioner, a state prisoner, brought this action under section 2254.  On October 20, 2025, I recommended that this action be dismissed for failure to state a cognizable federal habeas claim.  ECF No. 16.  Those recommendations were adopted by the district judge over petitioner's objections on February 9, 2026.  ECF No. 20.  On February 23, 2026, after this case was closed, petitioner filed a motion to appoint counsel.  ECF No. 22.  Given the status of this case, the motion is denied.  There is no cognizable claim to pursue and, thus, no reason to appoint counsel.

1

Accordingly, it is ORDERED that petitioner's motion to appoint counsel, ECF No. 22, is DENIED.

IT IS SO ORDERED.

Dated:   March 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2